# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>　　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

　　　　Good cause appearing, the Court grants Respondents' first unopposed motion for extension of time (ECF No. 8). Respondents have until January 28, 2022 to answer or otherwise respond to Petitioner Hogarth's petition.

　　　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 8) is GRANTED.

　　　　DATED:　December 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE