# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>    Petitioner,<br>v.<br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

Good cause appearing, the Court grants Respondents' first unopposed motion for extension of time (ECF No. 12). Respondents have until March 29, 2022 to answer or otherwise respond to Petitioner Hogarth's petition.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 12) is GRANTED.

DATED: February 8, 2022

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1