# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, *et al*.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

　　　　Good cause appearing, the Court grants Respondents' third motion for extension of time (ECF No. 14). Respondents have until April 12, 2022 to answer or otherwise respond to Petitioner Hogarth's petition.

　　　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 14) is GRANTED *nunc pro tunc*.

　　　　DATED: July 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE