# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>                    Petitioner,<br>v.<br>FERNANDIES FRAZIER, *et al.*,<br><br>                    Respondents. | Case No. 2:21-cv-00251-KJD-EJY<br><br>**ORDER** |

Petitioner Arlyn David Hogarth, proceeding *pro se*, filed a federal habeas corpus petition under 28 U.S.C. § 2254 ("Petition") (ECF No. 5). Before the Court is Hogarth's motion for appointment of counsel ("Motion") (ECF No. 33). Having reviewed the motion and certain documents contained in the docket for this matter and in the state court proceedings, the Court concludes the just course is to appoint counsel and that the appointment of counsel will assist the Court in adjudicating the matter. The Court therefore will grant the motion for appointment of counsel. 18 U.S.C. § 3006(a)(2)(B).

**IT IS THEREFORE ORDERED** that the Motion for Appointment of Counsel (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that the Federal Public Defender is provisionally appointed as counsel for Hogarth and will have 30 days to undertake direct representation of Hogarth or to indicate the office's inability to represent Hogarth in these proceedings. If the Federal Public Defender is unable to represent Hogarth, the Court will appoint alternate counsel. The counsel appointed will represent Hogarth in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. At all times, Hogarth remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2254(d)(1) and timely asserting claims. That is, by setting a

deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Hogarth and to the CJA Coordinator for this Division and send a copy of the Petition and this Order to the Federal Public Defender.

**IT IS FURTHER ORDERED** that the deadline for Respondents to file an Answer to the Petition is stayed pending appointment of counsel.

DATED: November 9, 2022

_____
KENT J. DAWSON
UNITED STATES DISTRICT