# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

　　　　Good cause appearing, the Court grants Petitioner's first motion for extension of time (ECF No. 40). Petitioner has until July 6, 2023, to file his first amended petition or inform the Court that an amended petition need not be filed.

　　　　**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 40) is GRANTED.

　　　　DATED:  April 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE