UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>                Petitioner,<br>    v.<br>CALVIN JOHNSON, *et al.*,<br><br>                Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

    Good cause appearing, the Court grants Petitioner's unopposed third motion for extension of time (ECF No. 44). Petitioner has until December 4, 2023, to file his first amended petition or inform the Court that an amended petition need not be filed.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 44) is GRANTED.

    DATED: October 18, 2023

                                                  KENT J. DAWSON<br>
                                                UNITED STATES DISTRICT JUDGE