**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARLYN DAVID HOGARTH,<br><br>                 Petitioner,<br>v.<br>CALVIN JOHNSON, *et al.*,<br><br>                 Respondents. | Case No. 2:21-cv-251-KJD-EJY<br><br>**ORDER** |

Petitioner seeks an extension of time to file his first amended petition or inform the Court that an amended petition need not be filed. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

The new deadline approved in this order falls more than nine months after the original deadline set for Petitioner to file an amended petition. (ECF No. 37.) Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 46) is GRANTED. Petitioner has until January 18, 2024, to file his first amended petition or inform the Court that an amended petition need not be filed.

DATED: December 15, 2023

                                                              KENT J. DAWSON<br>
                                                              UNITED STATES DISTRICT JUDGE